UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RAMON LUPERCIO NAVARRO,<br><br>        Plaintiff,<br><br>    v.<br><br>ATTORNEY, *et al.*,<br><br>        Defendants. | Case No.  2:23-cv-00413-JDP (PC)<br><br>ORDER TRANSFERRING CASE TO THE NORTHERN DISTRICT OF CALIFORNIA |

    Plaintiff, a state prisoner proceeding without counsel, has filed a civil rights action pursuant to 42 U.S.C. § 1983.  It appears that plaintiff's complaint is attacking the legitimacy of his conviction; to pursue his claims, he may need to file a habeas corpus petition.  He is currently imprisoner at San Quentin State Prison, which is located in Marin County.  Marin County is located in the Northern District of California.  *See* 28 U.S.C. § 84(a).

    This action should have been filed in the U.S. District Court for the Northern District of California.  In the interest of justice, a federal court may transfer a complaint filed in the wrong district to the correct district.  *See* 28 U.S.C. § 1406(a); *Starnes v. McGuire*, 512 F.2d 918, 932 (D.C. Cir. 1974).

    Accordingly, it is hereby ORDERED that this matter is transferred to the U.S. District Court for the Northern District of California.

IT IS SO ORDERED.

Dated: March 27, 2023

 /s/ Jeremy Peterson
 JEREMY D. PETERSON
 UNITED STATES MAGISTRATE JUDGE